■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLY JOSEPH, Also Known as LESLEY JOSEPH, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Queens County (Calabretta, J.), rendered November 15, 1985, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's guilt was established beyond a reasonable doubt. Bracken, J. P., Kunzeman, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LARATONDO, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (Copertino, J.), imposed October 24, 1983.

Ordered that the sentence is affirmed *(see, People v Alston,* 83 AD2d 744). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.